IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. CR 06-23-BLG-SPW |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| JOSEPH VERN LENHART, | |
| Defendant/Movant. | |

Upon consideration of Lenhart's Motion to Terminate Federal Registration Requirement pursuant to 34 U.S.C. § 20915(3)(A), the government taking no position on the motion, *see* (Doc. 29 at 1, 6), and good cause appearing,

IT IS HEREBY ORDERED:

1. Lenhart's Motion to Terminate Registration (Doc. 29) is GRANTED. Lenhart is relieved of the duty imposed by 34 U.S.C. § 20915 that he register as a sexual offender. Any duty to register as a sexual offender that has been imposed by any other sovereign, including the State of Montana, is not affected by this ruling.

2. Lenhart's motion to vacate, set aside, or correct the sentence under 28 U.S.C. § 2255 (Doc. 22) is DENIED as moot.

1

3. The Clerk of Court shall ensure that all pending motions in this case and in CV 23-154-BLG-SPW are terminated and shall close the civil file.

DATED this 19th day of August, 2024.

*Susan P. Watters*
Susan P. Watters
United States District Court